UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-22284-CIV-SEITZ/WHITE

HORACE BEARD,

    Plaintiff,

v.

JOHN GREEN, et al.,

    Defendants.
_____/

## ORDER AFFIRMING REPORT OF MAGISTRATE JUDGE, GRANTING SUMMARY JUDGMENT AND CLOSING CASE

THIS MATTER is before the Court upon the Report of Magistrate Judge issued by the Honorable Patrick A. White [DE-42]. In the Report, Magistrate Judge White recommends that the Defendants' Motion for Summary Judgment [DE-38] be granted and that this case be closed. Plaintiff has not filed any objections to the Report. Having carefully reviewed, *de novo*, Magistrate Judge White's Report and the record, it is hereby

    ORDERED that:

    (1) The above-mentioned Report of Magistrate Judge [DE-20] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

    (2) Defendants' Motion for Summary Judgment [DE-38] is GRANTED; and

    (2) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 29th day of January, 2010.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge Patrick A. White
        All Counsel of Record/*Pro Se* Parties at Charlotte CI